# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAMMY LYNN SAUNDERS**, | : | |
| *Plaintiff* | : | Case No.   19-cv-03458-JMY |
| v. | : | |
| **SOUTHEASTERN HOME HEALTH SERVICES OF PA, LLC**, | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 31st day of March, 2021, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 24), Defendant's Motion to Strike (ECF No. 33), and all submissions made in support of and in opposition to the respective motions, it is hereby **ORDERED** that:

(1) Defendant's Motion for Summary Judgment (ECF No. 24) is **GRANTED**;

(2) Defendant's Motion to Strike (ECF No. 33) is **DENIED**;

(3) Judgment is entered for the Defendant; and

(4) The Clerk of Court shall mark this case **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge

**Judge John Milton Younge**